JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE PINKERTON, | CASE NO. ED CV 10-08375 MMM (RZx) |
| Plaintiff, | |
| vs. | JUDGMENT FOR DEFENDANTS |
| UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES PAROLE COMMISSION; UNITED STATES PROBATION DEPARTMENT; and FEDERAL BUREAU OF PRISONS, | |
| Defendants. | |

On September 19, 2012, the court issued an order granting defendants' motion to dismiss with prejudice. Accordingly,

IT IS ORDERED AND ADJUDGED

    1.    That plaintiff takes nothing by way of his complaint; and

    2.    That the action be, and it hereby is, dismissed.

DATED: September 19, 2012

                                    MARGARET M. MORROW
                                    UNITED STATES DISTRICT JUDGE